AUGUSTUS F. PAULSEN, Appellant, v. BRONX BOROUGH BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

103 PARK AVENUE COMPANY, Appellant, v. EXCHANGE BUFFET CORPORATION, Appellant, Impleaded with the CITY OF NEW YORK and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MANNIX, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HYMAN LIPSHIRES, Respondent, v. SOLOMON NOVECK, Appellant.— Judgment and order affirmed with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WOOD & SELICK, INC., Appellant, v. BEN ADLER, Respondent, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling and McAvoy, JJ., dissenting.

RALPH TOUSEY, Appellant, v. CLARA B. TOUSEY, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HARRY OVERMAN, an Infant, by HENRY OVERMAN, His Guardian ad Litem, Respondent, v. ALBERT C. HOPPER, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the finding of the jury that plaintiff's mental and moral condition was due to the accident was against the weight of the evidence. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES E. EGAN, Appellant, v. JAMES A. WALSH and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.